FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

2026 OCT 26 PM 2:53

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIGUEL ANGEL MONREAL-PARAMO,

Defendant.

**CASE NO. 8:26CR141**

**SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE**

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

Miguel Angel M
Defendant

10-26-26
Date

Attorney for Defendant

10-26-26
Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 26 day of October, 2026.

BY THE COURT:

Magistrate Judge Michael D. Nelson
United States District Court